```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Elder Misael Nataren Crus

                                       Case No. 24-cv-026-LM-AJ

v.

US Citizenship and Immigration Services et al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 21, 2025 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The defendants' motion to dismiss (doc. 3) is granted. The clerk shall enter judgment and close the case.

                                                     _____
                                                     Landya B. McCafferty
                                                     United States District Judge

Date: March 17, 2025

cc:   Elder Misael Nataren Crus, pro se
       Counsel of Record